No. 93–9789. DAVIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–42. MIDDLEMIST ET AL. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–96. GOLDEN PACIFIC BANCORP ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 94–116. SCHOOL CITY OF MISHAWAKA *v.* FAMILY & CHILDREN'S CENTER, INC. C. A. 7th Cir. Certiorari denied.

No. 94–190. MCGRATH *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–208. ZYCH, DBA AMERICAN DIVING & SALVAGE CO. *v.* ILLINOIS HISTORIC PRESERVATION AGENCY ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–252. MERCY MEMORIAL HOSPITAL CORP. *v.* HOSPITAL EMPLOYEES' DIVISION OF LOCAL 79, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL–CIO. C. A. 6th Cir. Certiorari denied.

No. 94–256. BABIN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 94–259. BROWN *v.* NATIONAL MEDICAL ENTERPRISES INC. ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–265. WIKBERG *v.* REICH, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 94–268. B & A MARINE CO., INC. *v.* AMERICAN FOREIGN SHIPPING CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–301. CRAIG *v.* CALIFORNIA STATE BAR. Sup. Ct. Cal. Certiorari denied.

No. 94–346. PRITCHETT *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.